

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>Via ECF</u>
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2023
```

January 2, 2023

    Re:    *Jones v. .925-silver in the City LLC*
            Case No. 22-cv-7221-MKV

Dear Judge Vyskocil:

    Plaintiff's Counsel submits this letter-motion to request an adjournment of the initial pretrial conference, currently scheduled to take place on January 4, 2023. Plaintiff's Counsel is currently traveling with his family and is out of the country. As such, Counsel requests that the conference be adjourned to February 6, 2023, or a date thereafter more convenient to the Court, as Counsel's calendar is quite full during the rest of January. Defense Counsel has also agreed to the adjournment, and this is the first time this relief is being requested. The Parties also request that the pre-conference submission deadline be extended to one-week before the new conference date.

    Plaintiff thanks the Court for its attention and consideration herein.

**Respectfully and sincerely,**

**/s/ Mars Khaimov, Esq.**

Cc: David Stein, Esq.

---

**GRANTED. The Initial Pretrial Conference is hereby adjourned sine die. The parties are directed to submit a joint status letter and proposed case management plan by January 11, 2023. SO ORDERED.**

Date: 1/3/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge