

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

April 4, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2023
```

**VIA ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

   Re: **Jones v. .925-silver in the City LLC**
     *Case No. 22-cv-7221 (MKV) (GWG)*

Dear Judge Vyskocil:

  We represent defendant .925-silver in the City LLC in the above-referenced ADA website accessibility matter, and we write with the gracious consent of plaintiff's counsel to request for the first time an adjournment of the April 12, at 3:00 p.m., status conference in this matter. Our office will be closed that day and April 13 for Passover. We respectfully request a new date after April 14 (which will be my first day back in the office after today).

  We thank the Court for its attention to this matter. We are available at Your Honor's convenience if the Court has any questions.

              Respectfully submitted,

              David Stein

cc: Mars Khaimov, Esq. (via ECF)

---

GRANTED. The Status Conference scheduled for April 12, 2023 at 3:00 PM is hereby rescheduled to May 3, 2023 at 10:30 AM. SO ORDERED.

Date: 4/5/2023
New York, New York

Mary Kay Vyskocil
United States District Judge