

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2023

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

April 28, 2023

Re:   *1:22-cv-07221-MKV Jones v. .925-silver in the City LLC*
       Status Letter and Request for Adjournment of Conference

Dear Judge Vyskocil:

    The Parties submit this letter jointly and respectfully to update the Court as to the status of the matter. On April 20, 2023, Plaintiff sent to Defendant Requests for Admission and Production, and Interrogatories. Defendant has responded to requests for admissions and has noticed plaintiff's deposition. Defendant has not yet sent any discovery requests to Plaintiff. The Parties note that much of the discovery herein rests on expert discovery, and it is the Parties' full intention to complete all discovery by the July 11, 2023 deadline.

    The Parties also jointly request a referral to the District's Mediation Program.

    Separately, Plaintiff's Counsel respectfully seeks an adjournment of the status conference scheduled for May 3, 2023. Counsel will be traveling that week and unable to attend the conference. A three-week adjournment is being requested to May 24, 2023. This is the second time this request is being made overall, and first by Plaintiff. Both Parties consent to this relief.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

*/s/ David Stein*
David Stein, Esq.
Attorney for Defendant

---

GRANTED. The Status Conference scheduled for May 3, 2023 is hereby adjourned and rescheduled to July 26, 2023 at 11:00 AM. By separate order, the Court will refer the parties to the District's Mediation Program. SO ORDERED.

Date: 5/1/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge