```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

.925-SILVER IN THE CITY LLC.,

        Defendant.

1: 22-cv-7221 -MKV

ORDER OF DISMISSAL

**MARY KAY VYSKOCIL, United States District Judge:**

The Court has been informed by the mediator assigned to this case that the parties have reached a settlement in principle. [ECF No. 20.] Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by August 14, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: July 14, 2023
      New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**